```
Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,   vs.

Herman Buchanan, et al,

    Defendant,

Case No.: 2:08-cv-07997-WDK-FMO

**RENEWAL OF JUDGMENT BY CLERK**

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J & J SPORTS PRODUCTIONS, INC., and against Defendant, Herman Buchanan and Marie Bridget Buchanan Individually and dba Buchanan British Cuisine, And Buchanan British Cuisine, Inc., an unknown business entity dba Buchanan British Cuisine 8450 Reseda Blvd Northridge, Ca 91324, entered on April 21, 2009, be and the same is hereby renewed in the amounts as set forth below:

    Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 7,181.40 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | $ | **7,181.40** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | $ | **7,181.40** |
| f. | Interest after judgment | $ | 394.96 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | Total renewed judgment (add e, f and g) | $ | **7,576.36** |

Dated: April 23. 2019        KIRY K. GRAY, CLERK OF COURT

                                        By /s/ Sharon Hall Brown
                                        Deputy Clerk

- 1-

Renewal of Consent Judgment